FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:16cv736-SWW-JTR

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 11 2016
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

This case assigned to District Judge __Wright__  Jury Trial: ☐ Yes ☐ No
    and to Magistrate Judge __Ray__                        (Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: __William Timothy Mayfield__
   ADC # __659228__

   Address: __735 S. Neeley St. Benton AR 72015__

   Name of plaintiff: _____
   ADC # _____

   Address: _____

   Name of plaintiff: _____
   ADC # _____

   Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: __Nurse Briann__

   Position: __Lead Nurse__

   Place of employment: __Saline Co. Detention facility__

   Address: __735 S. Neeley St. Benton AR 72015__

   Name of defendant: __Lt. Massiet__

   Position: __Jail Administrator__

Place of employment: _Saline Co. Detention Facility_

Address: _735 S. Neeley St Benton AR 72015_

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ☑

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐     Court (if federal court, name the district; if state court, name the county):

_____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV. Place of present confinement: *Saline Co. Detention Facility*

_____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

    ✓   in jail and still awaiting trial on pending criminal charges

    ___   serving a sentence as a result of a judgment of conviction

    ___   in jail for other reasons (e.g., alleged probation violation, etc.)
            explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

           Yes ✓    No ___

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ___

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have been complaining about having problems with my teeth since August. Since I have been here this issue has been ignored and the only response I hardly got is "We are currently looking for a dental provider." I have three teeth that need pulled. I believe these wisdom teeth and one lower back tooth half broken are the cause of me getting sick and having migraines everyday. I was prescribed Antibiotics by nurse for absessed tooth, yet after I took these cycle of antibiotics I still have not got tooth pulled and I still suffer from this everyday. I am so afraid for my life that these teeth not being pulled could kill me!!

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*I want to sue the Saline Co. Detention facility for not having a dental provider. ($250,000) for pain & suffering and leaving my life at risk.*

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 6th day of October, 2016.

_____
William F. Mayfield
Signature(s) of plaintiff(s)

-8-