UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM TIMOTHY MAYFIELD,
ADC #659228                                                                                                    PLAINTIFF

V.                                              4:16CV00736 SWW/JTR

BRIANN, Nurse;
MASSIET, Jail Administrator; and
Saline County Detention Facility                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. William Timothy Mayfield's claim against the Saline County Detention Facility is DISMISSED WITH PREJUDICE.

2. Mayfield may PROCEED with his inadequate dental care claim against Briann and Massiet.

3. The Clerk is directed to prepare a summons for Briann and Massiet. The U.S. Marshal is directed to serve the summons, complaint, amended complaint, motion for a preliminary injunction, and this Order on them without prepayment of fees and costs or security therefor. If either defendant is no longer a Saline County employee, the individual responding to service must file a **sealed** statement containing the unserved defendant's last known private mailing address.

4.      Defendants must file, with their answer, a response to Mayfield's motion for a preliminary injunction.

5.      It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 4th day of January, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE