UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM TIMOTHY MAYFIELD,
ADC #659228                                                                                    PLAINTIFF

V.                                          4:16CV00736 SWW/JTR

BRIANN LI MANDRI, Nurse, and
J.P. MASSIET, Jail Administrator,
Saline County Detention Facility                                                      DEFENDANTS

J.P. MASSIET, Jail Administrator,
Saline County Detention Facility                                              THIRD PARTY PLAINTIFF

V.

TURN KEY HEALTH CLINICS, LLC                                       THIRD PARTY DEFENDANT

**ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.    Mayfield's motion for a preliminary injunction (Doc. 10) is DENIED, AS MOOT.

2.    It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 15th day of March 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE