United States District Court
Eastern District of Arkansas
Western Division

April 17, 2017

William T. Mayfield, ADC #659228     Plaintiff

V.     CASE NO. 4:16-CV-00736-SWW

Briann, Nurse; J.P. Massiet, Jail administrator     Defendants

J.P. Massiet     Third Party Plaintiff

V.

Turn Key Health Clinics, LLC     Third Party Defendants

## I'm willing to settle out of court

Will the Courts please let the Mitchell~Williams Law firm (representing Briann Li Maadri) and the Ellis Law Firm (representing J.P. Massiet) know that I am willing to settle out of court at this point for the sum of ($20,000.00) for pain & suffering, medical neglect/malpractice, and inadequate Dental care. If they are willing to settle out of court I will need for them to either send me a government check payable to William T. Mayfield, ADC #659228 or send me a money order payable to William T. Mayfield ADC #659228 to the address:

Address: William T. Mayfield, ADC #659228
Arkansas Department of Correction:
Trust Fund Centralized Banking
P.O. Box 8908
Pine Bluff, AR 71611

or go to (www.Accesscorrections.com) for Direct Deposit.