IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM TIMOTHY MAYFIELD, ADC #659228**          **PLAINTIFF**

vs.          **CASE NO. 4:16-cv-736**

**BRIANN, Nurse; J.P. Massiet, Jail Administrator**          **DEFENDANTS**

**J.P. MASSIET, Jail Administrator**          **THIRD-PARTY PLAINTIFF**

vs.

**TURN KEY HEALTH CLINICS, LLC**          **THIRD-PARTY DEFENDANT**

### STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Come Separate Defendants, Briann Li Mandri and Turn Key Health Clinics ("Turn Key"), by and through their attorneys, Mitchell, Williams, Selig, Gates & Woodyard, PLLC, and in support of their Motion for Summary Judgment, state:

1. Prior to the events of 2016 and 2017 at issue in this case, William Timothy Mayfield had been incarcerated with the Arkansas Department of Corrections for a time. 2.

Records from as early as February of 2013 reflect that Mr. Mayfield was showing signs of plaque and tooth decay, and had to be instructed on the importance of oral hygiene. Exhibit 1 at 1-3.

3. Records from that incarceration also note repeated complaints of migraine headaches. Exhibit 3-6.[1]

---

[1] This is relevant because Plaintiff now alleges in this case that he suffered migraines as a result of his teeth, although no record suggests that is the case.

4. Also prior to the events at issue in this case, Mr. Mayfield was treated in the emergency department of Saline Memorial Hospital for "methamphetamine ingestion". Exhibit 2.

5. The American Dental Association has confirmed that methamphetamine abuse causes the type of tooth decay and breakdown Mr. Mayfield was found to have in this case. *See* American Dental Association, *Oral Health Topics,* http://www.ada.org/en/member-center/oral-health-topics/methamphetamine.[2]

6. Subsequent to his 2013 incarceration with the Arkansas Department of Corrections, Mr. Mayfield was incarcerated at the Saline County Detention Center beginning in the fall of 2016.

7. On September 8, 2016, Mr. Mayfield made his first complaint of needing a tooth pulled, which he described as "infected and abscessed." Exhibit 3 at 1.

8. Nurse LiMandri scheduled Mr. Mayfield for a sick call, and he was seen for toothache on September 10, 2016. Exhibit 3 at 2.

9. Nurse LiMandri assessed Mr. Mayfield, and found that he had visible signs of infection in the lower tooth, located at number 30. Exhibit 3 at 2.

10. Nurse LiMandri notified the provider, Patrick Stage, APN, who ordered an antibiotic, Clindamycin, to be given at 600 mg, twice per day for fourteen days. Exhibit 3 at 2.

11. Mr. Mayfield was also given Ibuprofen 400 for pain on that date. Exhibit 3 at 2.

12. Eight days later, on September 18, 2016, Mr. Mayfield again complained of tooth pain and asked to have "wisdom teeth" removed. Exhibit 3 at 4.

---

[2] Last visited December 11, 2017.

13. A nurse named "Kim" responded that Turn Key had recently been contacted and informed that the third party dental provider for the facility would no longer perform dental services. Exhibit 3 at 4.

14. Nurse Kim informed Mr. Mayfield that Turn Key is currently searching for a new provider. Exhibit 3 at 4.

15. Mr. Mayfield was seen by Nurse Kim on September 19, 2016 for his toothache. Exhibit 3 at 5.

16. Notably, Mr. Mayfield was still receiving his 14 day course of Clindamycin. Exhibit 3 at 3.

17. Nurse Kim also gave Mr. Mayfield an additional seven days of Ibuprofen 400 mg. for pain, and an oral gel to topically treat his tooth two times per day. Exhibit 3 at 3.

18. Nurse Kim did also note on September 19, 2016 that Mr. Mayfield's tooth was improving, as it no longer showed evidence of pus as was seen on September 10, 2016. *See* Exhibit 3 at 2, 5.

19. Mr. Mayfield made no complaint of an issue with his tooth for the next thirteen days.

20. Then, on October 2, 2016, Mr. Mayfield again asked to have "this tooth" pulled and to see the dentist. Exhibit 3 at 6.

21. In response, Nurse LiMandri scheduled Mr. Mayfield for a sick call, and inquired regarding the process for an extraction. Exhibit 3 at 6.

22. Nurse LiMandri noted on October 5, 2016 that "per Angie Fain, LPN [and] Sgt. Fullerton, the family may prepay for extractions." Exhibit 3 at 6.

23. On October 4, 2016, Mr. Mayfield went to the Saline Memorial Hospital emergency department to be treated for seizures and gastro-esophageal reflux. Exhibit 4.

24. He was examined, and given a full laboratory workup for, among other things, infection. Exhibit 4 at 6.

25. Neither Mr. Mayfield's hospital record, or his examination by Nurse LiMandri, mentioned any complaint of tooth pain, or signs of any infection either upon examination or from Mr. Mayfield's lab results. Exhibit 4; *see also* Exhibit 3 at 7.[3]

26. At this time, Mr. Mayfield had been off of antibiotic medication since September 22, 2016, and remained off of antibiotic medication until October 13, 2016. Exhibit 3 at 3, 8.

27. On October 12, 2016, Mr. Mayfield complained of something "growing" on the side of his gums, and requested a new round of antibiotics. Exhibit 3 at 9.

28. Nurse LiMandri scheduled Mr. Mayfield for a sick call, and he was seen that same day. Exhibit 3 at 10.

29. Following that examination, Nurse LiMandri noted that Mr. Mayfield did have evidence of tooth decay at location number 30, as well as redness and swelling around the tooth. Exhibit 3 at 10.

30. Nurse LiMandri noted that Mr. Mayfield did not have either the pus surrounding the tooth seen on September 9, 2016, nor the external swelling seen on September 19, 2016. Exhibit 3 at 10.

31. Nurse LiMandri contacted the provider, who ordered another ten-day round of antibiotics, and Tylenol for pain. Exhibit 3 at 10.

---

[3] Notably, Mr. Mayfield did tell Turn Key staff that Saline Memorial desired to place a stent, and Nurse LiMandri took initiative to confirm whether that was true with the hospital because it was not mentioned in the records. It was not true. Exhibit 3 at 7.

32. Mr. Mayfield stopped taking antibiotics again on October 22, 2016. Exhibit 3 at 8.

33. Despite making other sick call requests and being seen by members of Turn Key, Mr. Mayfield made no complaint regarding his tooth for forty (40) days. *See* Exhibit 3 at 12-15.

34. On November 21, 2016, Mr. Mayfield wrote a Medical Request stating "I am having a really bad tooth ache . . . I believe I may need antibiotics again." Exhibit 3 at 16.

35. Nurse LiMandri saw him that same day, and noted visual evidence of tooth decay, but no redness around the tooth, no swelling around the tooth, no evidence of external swelling, and no pus. Exhibit 3 at 17.

36. Nurse LiMandri obtained Tylenol for pain, and noted that there were not additional orders. Exhibit 3 at 17.

37. For the next thirty-five days, the record is absent of any complaint or treatment for a tooth problem. Exhibit 3 at 17-20.

38. On December 26, 2016, Mr. Mayfield was examined by the provider, Paul Stage, APN, for "chronic dental infections and daily [headache]", along with anxiety and depression. Exhibit 3 at 20.

39. APN Stage assessed Mr. Mayfield to have an "infected tooth treated with antibiotics" and schizophrenia, and prescribed Bactrim to be given to Mr. Mayfield, along with Tylenol for Ibuprofen for pain. Exhibit 3 at 20; *see also* Exhibit 3 at 18.

40. Mr. Mayfield received Bactrim from December 7, 2016 until December 18, 2016. Exhibit 3 at 18.

41. Mr. Mayfield did not complain of tooth pain until January 12, 2017, which was twenty-two days later. Exhibit 3 at 21.

42. The next day, Mr. Mayfield was seen for a toothache, and the nurse noted visual evidence of tooth decay, redness surrounding the tooth, swelling surrounding the tooth, but no external swelling or pus.  Exhibit 3 at 22.

43. Bactrim was again ordered, as well as Ibuprofen for pain.  Exhibit 3 at 22.

44. On January 24, 2017, the Regional Nursing Director, Nicole Cobb, charted at 8:00 a.m. that Mr. Mayfield was brought to medical to discuss his broken tooth.  Exhibit 3 at 24.

45. Ms. Cobb noted a detailed conversation with Mr. Mayfield, and then with the jail lieutenant, about whether Mr. Mayfield should be sent for a tooth extraction.  Exhibit 3 at 24.

46. That same day, APN Stage examined Mr. Mayfield, noted that Mr. Mayfield had a "broken tooth", that it "gets better on antibiotics", and that it was "not detrimental to health." Exhibit 3 at 23.

47. On January 25, 2017, Mr. Mayfield again complained of tooth pain, APN Stage was called, and his medication was increased to twice daily.  Exhibit 3 at 25.

48. Mr. Mayfield was also seen the next day.  Exhibit 3 at 26.

49. Notably, the nurse found no swelling around the tooth, external swelling or pus. Exhibit 3 at 26.

50. When Mr. Mayfield complained of tooth pain again on February 1, 2017, the issue was addressed in the infirmary, the provider was called, and Bactrim was again ordered. Exhibit 3 at 26.

51. Nurse LiMandri also noted that "[t]he medical company is working with a dental provider to get that tooth pulled as soon as we can."  Exhibit 3 at 27.

52. On February 2, 2017, Mr. Mayfield's tooth was extracted by an outside dentist. Exhibit 5 at ¶ 8; *see also* Doc. No. 25.

Respectfully submitted,

**MITCHELL, WILLIAMS, SELIG,**
**GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
Phone: 501-688-8800
Fax: 501-688-8807

By: /s/ Benjamin D. Jackson
    Benjamin D. Jackson (Ark. Bar No. 2006204)

## CERTIFICATE OF SERVICE

I, Benjamin D. Jackson, hereby certify that on this 13th day of December, 2017, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system:

I, Benjamin D. Jackson, hereby certify that on this 13th day of December, 2017, I have mailed the document by United States Postal Service to the following non CM/ECF participant:

**William Timothy Mayfield**
**10905 W. Markham St.**
**Little Rock, AR 72211**

/s/ Benjamin D. Jackson
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
(501) 688-8887
AR Bar No. 2006204
*bjackson@mwlaw.com*